USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

MAURICE COVINGTON,

        Plaintiff pro se

-against-

WESTCHESTER COUNTY
DEPARTMENT OF
CORRECTIONS et al.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

06 Civ. 5369 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

        The Court received the attached letter from Plaintiff pro se on July 7, 2009. It is unclear to the Court what Plaintiff pro se is requesting. Accordingly, this Court directs Plaintiff pro se to contact the Pro Se Office of the Southern District of New York about any questions he has concerning the filing of his opposition to Defendants' motion for summary judgment. To allow Plaintiff pro se adequate time to consult the Pro Se Office, this Court grants Plaintiff pro se an extension of the date by which he is required to file his opposition.

Thus, Plaintiff pro se shall file his opposition to Defendants' motion for summary judgment by July 31, 2009. If Plaintiff pro se fails to submit his opposition by July 31, 2009, Defendants' motion will be considered fully submitted.

Dated: July 8, 2009
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Copies mailed to:*

Mr. Maurice Covington
100 Riverdale Avenue
Apartment 9F
Yonkers, NY 10701
*Plaintiff Pro Se*

Fred Sullivan, Esq.
Senior Assistant County Attorney
Westchester County Attorney's Office
148 Martine Avenue, 6th Floor
White Plains, NY 10601
*Counsel for Defendants*

*MAURICE COVINGTON*
100 RIVERDALE AVENUE { Apt. #<u>9f</u> }
YONKERS, NEW YORK; 10701

*UNITED STATES COURTHOUSE*
<u>SOUTHERN</u> DISTRICT [ of/for ] <u>NEWYORK</u>
500 PEARL STREET
NEW YORK, NEW YORK; 10007-1581

RECEIVED JUL - 7 2009 CHAMBERS OF WILLIAM H. PAULEY U.S.D.J.

Att: *<u>HONORABLE JUSTICE WILLIAM H. PAULEY</u>*
Re: <u>MAURICE COVINGTON</u> ( Case/Civil No.# <u>5369</u> )

Honorable Judge W. Pauley:

    Honorable Justice Pauley the within Communication is respectfully written, as such appertains to the above-named Individual; Specifically, the above-attendant **Civil No.#**, as such relates to the above-mentioned Plaintiff, and then to (the) above-attendant " **Person(<u>s</u>)** " " **(<u>So</u>)-Named** " as Respondent(<u>s</u>) therewith.

*Judge Pauley*, the within Correspondence, relates to the above-referenced Case #/Person. It is unknown your Honor, the exact " **Date** " such *Civil Rights* ( **Amendatory** ) *Complaint* is (was) done; In addition to, the exact " **Individual(<u>s</u>)** " such Complaint, such Documentation(<u>s</u>) was " **Delivered** " to.

Attached to the within Cover-Letter, please find for your Honor's " **Survey,** " the attendant " **Name(<u>s</u>)** " of said Person(<u>s</u>) who's attendant " **Recognition** " of the within Plaintiff's " **Familiarity,** " in addendum to " **Race Telephone No.#/Address'(<u>s</u>)** " of the people who has/(had) Accordance with the within Plaintiff's attendant " **Legal-Work(<u>s</u>)** " relating to the attendant Motion, Sworn Affidavit, & Mailing to said Work(<u>s</u>) to the within Amendatory Cite(<u>s</u>) included as well too.

{ #<u>1.</u> }

Due to the " **Last-Notice-of-Examinations**, " the within Plaintiff has been " **Complete** " Finish with the " **Defendant's Station/Documentation Work(s)** " of such Complete, Successful Legal, " **Pass/Respondent Defendant'(s)/Sworn Documentation(s)**; " However, due to the within Plaintiff's Sick, Aggressive, **(Cold)** Word-Complaint(s) to Plaintiff's " **Financial/Recovery** " Mailing to the attendant " **Responsive-Works,** " has been uncertain to Display such " **Completion** " of the attendant " **PLAINTIFF'S AMENDATORY COMPLAINT(S)/DEFENSIVE** " having been done; Whereby, it is the long-capture of " **Completed** " legal Material Document(s) ready for Your Honor's Official " **Filing** " of the Plaintiff's, herein Legal Work(s) to Judge's " **COMPLETED, LEGAL DOCUMENTS** " for (the) " **Official Filing/Official Count/Service(s)** " of the within Plaintiff's Work(s).

It is unsure where, the Respondent's Attorney,/Defendant'(s) have been " **Addressed/ Recognized** " due to, and because of the " **Identification(s)/Address'(s)**, and as such, the within Plaintiff, " **OFFICIAL CITE/REQUEST'(S)** " for the *ACCEPTANCE* of Legal Documentation, and the *RECOGNITION* of same to Your Honor. As such, the Plaintiff herein, is hereby " **READY** " for (the) " **ACCEPTANCE,** " in addition to
The next ' LEGAL AUTHORITY/ACCEPTANCE, & NEXT-LEVEL " of Procedural, Legal Care.

The within Plaintiff, has been very " **Authorized,** " as well as " **Legal Assistance** " regarding the " **Next Level** " of Legal, Procedural-Care as such relates to the within Plaintiff's " **OFFICIAL,** " ( **Next-Procession** " **Next-Level/Care** ) to proceed in this matter Judge Pauley.

Once again, the Plaintiff herein, has been met-with-the-readiness-to-begin-to-the-Nnext-level-of-care-and-Proceeded- as well.
***Thank-You*** so very-much ***Judge Pauley***, and please give the Plaintiff herein, the exact " Next-Relating-to " the Honorable Court. The Plaintiff herein, has **All** Completed Works, and only seeks this **Honorable Court's------- " NEXT-LEVEL OF CARE(S), TO THE NEXT FORMAT OF CONCEPT/LEVEL(S) OF ATTENDANCE. "**

{ #2." }

| | NAME | TELE. # | ADDRESS |
|---|---|---|---|
| #1. | Linda Patterson | (914) 964-0105 | 20 South Broadway |
| #2. | Bernadette Moore | 914-964-0105 | 20 South Broadway |
| #3. | Rachel Hatter (914) 964-0105 | | 20 South B'way, Yonkers |
| | Mildred Matter | | |
| | Venn Jack | 914-943-136 | 95 Riverdale |
| | Vernon Jackson | | |
| | Sen. Mulatto | 914 378-1156 | 80 Riverdale Ave |
| | Sean Whitfield | | |
| | Victoria Harris | 964-4628 | 100 Riverdale Ave |

DATED: /1ST DAY OF (JUNE) July, 2009.

Respectfully Submitted:
Mr. Maurice Covington.
7-1ST-2009

THANK-YOU HONORABLE *JUDGE JUDGE PAULEY* FOR YOUR ASSISTANT HELP, CONCUREY, & HELP, YOUR HONOR'S WORK/LEGAL CONFINEMENT, WORK, & RELATE, DOCUMENTATION ALL LEGAL, SWORN-THAT CORRIDY, & FOR ALL THAT IS " LEGALLY-SWORN/CORRIDIZE " AND HELP.

| NAME | TELE. # | ADDRESS |
|---|---|---|
| Mick Peyton | 914 665-924? | 21 Stanley Ave |
| Wayne Davis | | 77 Lockhill Ave |
| Barbara Whitfield | | 220 Yonkers Ave, Yonkers |

DATED: /s/ /1/ DAY OF (JUNE) July, 2009.

Respectfully Submitted:

Mr. Maurice Covington.

THANK-YOU HONORABLE *JUDGE JUDGE PAULEY* FOR YOUR ASSISTANT HELP, CONCUREY, & HELP, YOUR HONOR'S WORK/LEGAL CONFINEMENT, WORK, & RELATE, DOCUMENTATION ALL LEGAL, SWORN-THAT CORRIDY, & FOR ALL THAT IS " LEGALLY-SWORN/CORRIDIZE " AND HELP.